New York State Department of Audit and Control
Office of the State Controller
110 State Street, 12th Floor
Albany, New York 12236

    ____S/Mitchell J. Baker_____
    MITCHELL J. BAKER

Sworn to before me this
28th day of August, 2007

s/Marianne J. Sepi_____
Notary Public, State of New York
No. 01SE6302410
Qualified in Westchester County
Commission Expires October 31, 2010

3

1.  I am not a party to this action, and I am over 18 years of age. I reside in Irvington, New York.

2.  On August 28, 2007, I served the a true copy of the Summons and Complaint in this matter by depositing the same in an official depository of the United States Postal Service located within the State of New York addressed as follows:

>   New York State Department of Correctional Service
>   The Harriman State Campus, Bldg. 2
>   1220 Washington Avenue
>   Albany, New York 12226
>
>   Ronald Brereton
>   New York State Department of Correctional Service
>   The Harriman State Campus, Bldg. 2
>   1220 Washington Avenue
>   Albany, New York 12226
>
>   Sgt. McClain
>   New York State Department of Correctional Service
>   The Harriman State Campus, Bldg. 2
>   1220 Washington Avenue
>   Albany, New York 12226
>
>   New York State Department of Civil Service
>   Alfred E. Smith State Office Bldg, 8th Floor
>   80 South Swan Street
>   Albany, New York 12236

**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601**
**914.681.9500**
**Mitchell J. Baker (MB-4339)**


| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | **JURY TRIAL**<br>**DEMANDED** |
| HOPE MICKENS, | : | 07 Civ. 7621 (SCR) |
| Plaintiff, | | |
| -against- | : | **AFFIDAVIT**<br>**OF SERVICE** |
| NEW YORK STATE DEPARTMENT<br>OF CORRECTIONAL SERVICES, NEW YORK<br>STATE DEPARTMENT OF CIVIL SERVICE,<br>NEW YORK STATE DEPARTMENT OF<br>AUDIT AND CONTROL, RONALD<br>BRERETON and SGT. MCCLAIN, | :<br><br>:<br><br>: | |
| Defendants. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

STATE OF NEW YORK    )

COUNTY OF WESTCHESTER   )

    MITCHELL J. BAKER, being duly sworn, deposes and says:

1