

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

November 2, 2007

*MEMO ENDORSED*

*Application Granted.*
*Oral arguments will be heard*
*on Jan. 4, 2008 @ 10:00 Am*
*So Ordered*
*November 9, 2007   Charles L. Brieant*
*USDJ*

Via Facsimile (914) 390-4085

The Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
White Plains, NY 10601

Re: Hope Mickens v. New York State Department of Correctional Services, et al. (07-Civ-7621) (CB)

Dear Judge Brieant:

The served defendants respectfully request an extension of time to respond to the Complaint regarding the issue of attorney's fees. With the consent of Plaintiff's attorney, the defendants are requesting a return date of December 21, 2007. The served defendants respectfully request to serve their answer or motion on plaintiff on November 30, 2007.

Wherefore, it is respectfully requested that the date of November 30, 2007, in which the parties are to appear before the Court be adjourned until December 21, 2007.

The Honorable Brieant
Re: *Hope Mickens v. New York State Department of Correctional Services, et al.* (07-Civ-7621) (CB)
November 2, 2007
Page 2

Respectfully submitted,

Sabrina Jiggetts
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway - 24th Floor
New York, NY 10271
Tel. No. (212) 416-6082

cc: Mitchell J. Baker, Esq. (via facsimile (914) 681-9505)
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601-1712