

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

**MEMO ENDORSED**

November 29, 2007

*[Handwritten margin note: So Ordered [signature] USDJ / Application granted. Nov. 29, 2007]*

Via Facsimile (914) 390-4085

The Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
White Plains, NY 10601

Re: Hope Mickens v. New York State Department of Correctional Services, et al. (07-Civ-7621) (CB)

Dear Judge Brieant:

This letter requests a further extension of time from November 30, 2007 to and including January 4, 2008 for defendants to answer or move with respect to the complaint, on the basis that the parties are currently in the process of trying to resolve this matter. To that end, the Plaintiff's attorney is in the process of turning over his detailed billing records and expenses, which comprise the only claim in this case. Plaintiff's attorney consents to this request, which will allow the parties