

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

January 4, 2008

Via Facsimile (914) 681-9505
Mitchell J. Baker, Esq.
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601-1712

Re: Hope Mickens v. New York State Department of Correctional Services, et al. (07-Civ-7621) (CB)

Dear Mr. Baker:

As we discussed yesterday, this letter serves to inform you that the Court appearance of January 4, 2008 has been adjourned to Friday, February 15, 2008.

Very truly yours,

Sabrina Jiggetts
Assistant Attorney General
120 Broadway - 24th Floor
New York, NY 10271
Tel. No. (212) 416-6082

cc: Honorable Charles L. Brieant (via facsimile (914) 390-4085)
United States District Judge (SDNY)

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US