

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

December 28, 2007

*Memo Endorsed*
*Application Granted*
*& Ordered*
*Jan 2. 2008*
*Charles L. Brieant*
*USDJ*

Via Facsimile (914) 390-4085

The Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
White Plains, NY 10601

Re: Hope Mickens v. New York State Department of Correctional Services, et al. (07-Civ-7621) (CB)

Dear Judge Brieant:

The purpose of this letter is to report on the progress toward settlement in this matter, where Plaintiff is seeking legal fees under 42 U.S.C. §1988, in the successful prosecution of a claim of retaliation arising from a discrimination claim.

As of date, the Plaintiff's attorney has provided the applicable billing records, which are currently being reviewed, and we are optimistic about trying to resolve this matter.

This matter is before the Court on Friday, January 4, 2008, for an appearance and defendants' time to move or answer ends on that same date. However, the defendants respectfully request that the Court appearance as well as the time to answer or move be deferred until Friday, February 15, 2008, or such time as the Court deems appropriate, in order to allow defendants additional time to bring this matter to a resolution. The Plaintiff consents to this request.

The Honorable Brieant
Re:   *Hope Mickens v. New York State Department of Correctional
       Services, et al.* (07-Civ-7621) (CB)
December 28, 2007
Page 2

                      Respectfully submitted,

                      Sabrina Jiggetts
                      Assistant Attorney General
                      State of New York
                      Office of the Attorney General
                      120 Broadway - 24th Floor
                      New York, NY 10271
                      Tel. No. (212) 416-6082

cc:    Mitchell J. Baker, Esq. (via facsimile (914) 681-9505)
        Baker, Leshko, Saline & Blosser, LLP
        One North Lexington Avenue
        White Plains, NY 10601-1712