# BAKER, LESHKO, SALINE & BLOSSER, LLP

ATTORNEYS AT LAW
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601-1712
TEL: 914.681.9500
FAX: 914.681.9505

MITCHELL J. BAKER
GARY L. LESHKO
ANTHONY CHRIS SALINE
MICHELE L. BLOSSER (ALSO CT)

CONNECTICUT OFFICE:
34 EDGEWOOD AVENUE
GREENWICH, CONNECTICUT 06952

February 12, 2008

**By Hand**

The Honorable Charles Brieant
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *Mickens v. New York State Department of Correctional Services*
07 Civ. 07621(CLB)

[Handwritten endorsement: MEMO ENDORSED / Application granted / So Ordered / 2/14/08 / Charles L. Brieant / USDJ]

Dear Judge Brieant:

I am counsel to Hope Mickens, the plaintiff in this matter. With the consent of counsel for the defendant, Assistant Attorney General Sabrina Jiggets, who I spoke to this afternoon, I ask for a short adjournment of the conference we have scheduled before your Honor on Friday, February 15, 2008 until March 14, 2008. I have a vacation with my family planned, and all of my partners/associates are engaged in other matters. This is the first application for an adjournment that plaintiff has made. I believe that we should be able to report to the Court on March 14, 2008 that the matter has been amicably resolved.

Your anticipated courtesies are most appreciated.

Very truly yours,

Mitchell J. Baker

MJB:ww
cc. Sabrina Jiggets, Esq.
(Via Telecopier – 212.416.6075)