**BAKER, LESHKO, SALINE & BLOSSER, LLP**
ATTORNEYS AT LAW
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601-1712
TEL: 914.681.9500
FAX: 914.681.9505

MITCHELL J. BAKER
GARY L. LESHKO
ANTHONY CHRIS SALINE
MICHELE L. BLOSSER (ALSO CT)

CONNECTICUT OFFICE:
34 EDGEWOOD AVENUE
GREENWICH, CONNECTICUT 06952

February 14, 2008

**Via Telecopier – 212.416.6075**

Sabrina Jiggetts, Esq.
Assistant Attorney General
Office of the New York Attorney General
120 Broadway
New York City, NY 10271

> Re: *Mickens v. New York State Department of*
> *Correctional Services, Index No. 07 Civ. 7621 (CB)*

Dear Sabrina:

I spoke to the Court this morning, and they have adjourned the conference in this matter to March 14, 2008 at 9:00 am.

Very truly yours,

Mitchell J. Baker

MJB:ww
Enclosure
cc. The Honorable Charles L. Brieant
    (via telecopier)