

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

March 12, 2008

MEMO ENDORSED

Adjourned to 4-18-08
No further requests for
adjournments will be
granted by the Court
So Ordered
March 13, 2008
Charles L. Brieant
USDJ

Via Facsimile (914) 390-4085

The Honorable Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
White Plains, NY 10601

Re: Hope Mickens v. New York State Department of Correctional Services, et al. (07-Civ-7621) (CB)

Dear Judge Brieant:

The purpose of this letter is to report on the progress toward settlement in this matter, where Plaintiff is seeking legal fees under 42 U.S.C. §1988, in the successful prosecution before the New York State Division of Human Rights of a claim of retaliation arising from a discrimination claim.

As of date, the Plaintiff's attorney has provided the applicable billing records, which are currently being reviewed, and we are optimistic about trying to resolve this matter.

This matter is before the Court on Friday, March 14, 2008, for an appearance and defendants' time to move or answer ends on that same date. However, the defendants respectfully request that the Court appearance as well as the time to answer or move be deferred until Friday, April 18, 2008, or such time as the Court deems appropriate, in order to allow defendants additional time to conclude this process of review. The Plaintiff consents to this request.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

The Honorable Brieant
Re:   *Hope Mickens v. New York State Department of Correctional Services, et al. (07-Civ-7621) (CB)*
March 12, 2008
Page 2

We notified the Court of this request by telephone today, and the Court suggested that a letter be sent.

Respectfully submitted,

Sabrina Jiggetts
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway - 24th Floor
New York, NY 10271
Tel. No. (212) 416-6082

cc:   Mitchell J. Baker, Esq. (via facsimile (914) 681-9505)
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601-1712