

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

March 13, 2008

Via Facsimile (914) 681-9505
Mitchell J. Baker, Esq.
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601-1712

    Re:    Hope Mickens v. New York State Department of Correctional
           Services, et al. (07-Civ-7621) (CB)

Dear Mr. Baker:

    This letter serves to inform you that the Court appearance Friday, March 14, 2008 has been adjourned to Friday, April 18, 2008, and defendants time to answer or move ends on April 18, 2008, as well.

    The Court noted that no further extensions will be granted.

Very truly yours,

Sabrina Jiggetts
Assistant Attorney General
120 Broadway - 24th Floor
New York, NY 10271
Tel. No. (212) 416-6082

cc:    Honorable Charles L. Brieant (via facsimile (914) 390-4085)
        United States District Judge (SDNY)

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US